JOHN H. O'BRIEN et al., Appellants, *v.* COUNTY OF WESTCHESTER, Respondent.

*Real property — trespass — action to restrain maintenance of Bronx valley sanitary sewer through plaintiff's premises — county of Westchester not liable for acts of sewer commissioners.*

*O'Brien* v. *County of Westchester,* 189 App. Div. 13, affirmed.

(Argued January 8, 1923; decided January 23, 1922.)

APPEAL from a judgment, entered November 10, 1919, upon an order of the Appellate Division of the Supreme Court in the second judicial department reversing an order of Special Term denying a motion by defendant for judgment on the pleadings and granting said motion. The action was brought to restrain the defendant from operating and maintaining the Bronx valley sanitary sewer through the premises of the plaintiffs and from permitting sewerage to flow therethrough, or in any way use said sewer, and for damages. The Appellate Division held that the Bronx sewer commissioners did not represent the county of Westchester; that the construction of the sewer was a governmental act for which the county could in no case be liable and that, therefore, the complaint failed to state a cause of action against the defendant.

*Frederick B. Van Kleeck, Jr.,* and *Eben H. P. Squire* for appellants.

*William A. Davidson* and *Charles M. Carter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.